**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**In Re Dana Elisha Dzwonczyk**                          **5:11-MC-0044**
_____

**APPEARANCES:**

**Dana Elisha Dzwonczyk**
**514 Charles Avenue #7**
**Syracuse, NY 13209**
**Plaintiff,** *pro se*

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge

George H. Lowe, duly filed on the 6th day of December 2011.  Following fourteen (14) days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by the

parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

ORDERED that:

1.  The Report-Recommendation is hereby adopted in its entirety.

2.  The petition is dismissed with prejudice.

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the

Magistrate Judge assigned to this case.  Plaintiff shall be served by certified mail, return receipt

requested.

       **IT IS SO ORDERED.**

Dated: January 4, 2012
      Syracuse, New York

_____
      Honorable Norman A. Mordue
      U.S. District Judge

